BANNING MICKLOW BULL & LOPEZ, LLP
Kurt Micklow, State Bar No. 113974
Eugene A. Brodsky, Esq., State Bar No. 36691
Jennifer L. Fiore, Esq., State Bar No. 203618
One Market, Steuart Tower, Suite 1441
San Francisco, CA 94105
Tel:  (415) 399-9191
Fax: (415) 399-9192

Attorneys for Plaintiff
RANDY C. KONSCHAK


EMARD DANOFF PORT & TAMULSKI, LLP
James J. Tamulski, Esq., State Bar No. 64880
Kevin Odell, Esq., State Bar No. 154570
49 Stevenson Street, Suite 400
San Francisco, CA
Tel:   (415) 227-9455
Fax:  (415) 227-4255

Attorneys for Defendants
STAR SHIPPING AS and
MASTERBULK PTE. LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDY C. KONSCHAK, | ) | CASE NO.: 05-01800 JL |
| Plaintiff, | ) ) ) | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION** |
| vs. | ) ) | |
| STAR SHIPPING AS and MASTERBULK PTE. LTD., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## **RECITALS**

WHEREAS the Court has previously set a deadline of December 29, 2005, for the parties to complete an Early Neutral Evaluation ("ENE") of this matter;

WHEREAS the ENE was set for December 21, 2005;

STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO
 COMPLETE EARLY NEUTRAL EVALUATION                                                                      [Case No. 05-01800 JL]

1  WHEREAS the trial counsel for Plaintiff RANDY C. KONSCHAK will be out
2  of the country during the week of December 19, 2005 on a pre-planned vacation that
3  had to be rescheduled during this week due to Hurricane Wilma;

4  WHEREAS there is no trial date or other impending deadlines that would need
5  to be rescheduled as a result of the requested order extending the deadline within
6  which to complete the ENE;

7  WHEREAS this is the first time that a request has been made to extend this
8  deadline; and

9  WHEREAS at the request of Plaintiff's counsel, Defendant's counsel has
10 graciously consented to extending the ENE deadline for 45 days as a professional
11 courtesy to Plaintiff's counsel;

## STIPULATION

13 WHEREFORE, IT IS HEREBY STIPULATED by and between the parties
14 hereto, through their respective counsel of record, that the Court be respectfully
15 requested to enter an order extending the deadline for completing the ENE for 45 days
16 until February 13, 2006.

17 Dated: December 2, 2005            BANNING MICKLOW BULL & LOPEZ LLP

19                                    By  /s/
                                          Kurt Micklow

21                                    Attorneys for Plaintiff
                                      RANDY C. KONSCHAK

22 Dated: December 2, 2005            EMARD DANOFF PORT & TAMULSKI, LLP

25                                    By  /s/
                                          Kevin Odell

26                                    Attorneys for Defendants
                                      STAR SHIPPING AS and

2

|   |   |
|---|---|
| 1 | MASTERBULK PTE. LTD |
| 2 |   |
| 3 | **ORDER** |

IT IS SO ORDERED.

Dated: 12/16/05

_____
Hon. James L.
CHIEF MAGISTRATE JUDGE

*(Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" / Judge James Larson signature)*