1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   James J. Tamulski (State Bar #64880)
2  Kevin Odell (State Bar #154570)
   49 Stevenson Street, Suite 400
3  San Francisco, CA  94105
   Telephone:     (415) 227-9455
4  Facsimile:     (415) 227-4255
   E-Mail:        jtamulski@edptlaw.com
5                 kodell@edptlaw.com

6  Attorneys for Defendants
   STAR SHIPPING AS and
7  MASTERBULK, PTE. LTD.

8  BANNING MICKLOW BULL & LOPEZ, LLP
   Kurt Micklow (State Bar #113974)
9  Eugene A. Brodsky (State Bar #36691)
   Jennifer L. Fiore (State Bar #203618)
10 One Market, Steuart Tower, Suite 1441
   San Francisco, CA  94105
11 Telephone:     (415) 399-9191
   Facsimile:     (415) 399-9192
12 E-Mail:        kmicklow@banningmicklow.com
                  ebrodsky@banningmicklow.com
13                jfiore@banningmicklow.com

14 Attorneys for Plaintiff
   RANDY C. KONSCHAK

16                   UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

20 | RANDY C. KONSCHAK,            | No.:   C 05-01800 JL
21 |         Plaintiff,            | **STIPULATION AND [PROPOSED]**
22 |     vs.                       | **ORDER TO CONTINUE MEDIATION COMPLETION DATE**
23 | STAR SHIPPING AS and
   | MASTERBULK PTE. LTD.,
24 |
25 |         Defendants.

26 ///

27 ///

28 ///

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE
Case No. C 05-01800 JL
G:\42400.003 STAR LANGANGER (Konschak)\Pleadings\Mediation-Stipulation.doc

TO THE HONORABLE JAMES LARSON:

At the Case Management Conference on January 11, 2006, this matter was referred to the Court's ADR Unit for mediation instead of Early Neutral Evaluation, with the mediation to be completed by mid-April. On February 2, 2006, the ADR unit assigned Herb A. Schwartz of Change Mediation in Garberville, CA, as mediator.

The parties and Mr. Schwartz have had several conferences and were finally able to select April 27, 2006, as the date for the mediation. Hence, the mediation is scheduled for April 27, 2006.

For these reasons the parties stipulate and respectfully ask this Court for a continuance of the date by which the mediation must be completed to April 30, 2006.

DATED: March 9, 2006       EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By _____/s/_____
        James J. Tamulski
        Kevin Odell
Attorneys for Defendants
STAR SHIPPING AS and
MASTERBULK, PTE. LTD.

DATED: March 9, 2006       BANNING MICKLOW BULL & LOPEZ, LLP

By _____/s/_____
        Kurt Micklow
        Eugene A. Brodsky
        Jennifer L. Fiore
Attorneys for Plaintiff
RANDY C. KONSCHAK

March 14, 2006

IT IS SO ORDERED
*James Larson*
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE
Case No. C 05-01800 JL
G:\42400.003 STAR LANGANGER (Konschak)\Pleadings\Mediation-Stipulation.doc