EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Kevin Odell (State Bar #154570)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:      (415) 227-9455
Facsimile:       (415) 227-4255
E-Mail:           jtamulski@edptlaw.com
                       kodell@edptlaw.com

Attorneys for Defendants
STAR SHIPPING AS and
MASTERBULK, PTE. LTD.

BANNING MICKLOW BULL & LOPEZ, LLP
Kurt Micklow (State Bar #113974)
Eugene A. Brodsky (State Bar #36691)
Jennifer L. Fiore (State Bar #203618)
One Market, Steuart Tower, Suite 1441
San Francisco, CA  94105
Telephone:      (415) 399-9191
Facsimile:       (415) 399-9192
E-Mail:           kmicklow@banningmicklow.com
                       ebrodsky@banningmicklow.com
                       jfiore@banningmicklow.com

Attorneys for Plaintiff
RANDY C. KONSCHAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDY C. KONSCHAK,<br><br>              Plaintiff,<br><br>       vs.<br><br>STAR SHIPPING AS and<br>MASTERBULK PTE. LTD.,<br><br>              Defendants. | No.:   C 05-01800 JL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** |

///

///

///

- 1 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE
Case No. C 05-01800 JL
G:\42400.003 STAR LANGANGER (Konschak)\Pleadings\CMC-Stipulation.doc

TO THE HONORABLE JAMES LARSON:

On April 27, 2006, the parties reached a tentative settlement in this action. The settlement is contingent upon plaintiff Randy Konschak resolving a lien for medical expenses in favor of his employer's workers' compensation insurance carrier.

The parties respectfully request that the Case Management Conference before Chief Magistrate Judge James Larson now scheduled for May 3, 2006 at 10:30 a.m., be continued for 30 days to allow the settlement to be finalized.

For these reasons the parties stipulate and respectfully ask this Court for a continuance of the date by which the Case Management Conference must be completed to June 2, 2006.

DATED: April 28, 2006          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


By_____/s/_____
        James J. Tamulski
        Kevin Odell
Attorneys for Defendants
STAR SHIPPING AS and
MASTERBULK, PTE. LTD.


DATED: April 28, 2006          BANNING MICKLOW BULL & LOPEZ, LLP


By_____/s/_____
        Kurt Micklow
        Eugene A. Brodsky
        Jennifer L. Fiore
Attorneys for Plaintiff
RANDY C. KONSCHAK

**ORDER**

The Case Management Conference now scheduled for May 3, 2006, is continued to June 7_____, 2006.

SO ORDERED:

DATED: __May 2_____, 2006    _____

*IT IS SO ORDERED*
/s/ James Larson
Judge James Larson

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE
Case No. C 05-01800 JL
G:\42400.003 STAR LANGANGER (Konschak)\Pleadings\CMC-Stipulation.doc